IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH FUCE, II** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WILLIAM WEST** | : | **NO. 12-0874** |

## ORDER

**AND NOW**, this 25th day of July, 2012, upon consideration of Defendant William West's Motion to Dismiss Plaintiff's Complaint and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

                                                  /s/ Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.